UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MOSHE MASRI,                                                         :
:
                Plaintiff,                      :
:
       -v-                                                 :   20-CV-1761 (JMF)
:
EXPERIAN INFORMATION SOLUTIONS INC., et al.,                         :   ORDER OF DISMISSAL
:
                Defendants.                     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court having been advised at ECF Nos. 13 & 14 that the claims asserted against Defendant Citibank, N.A have been settled in principle, it is ORDERED that the claims against Defendant Citibank, N.A. be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       The Clerk of Court is directed to terminate Defendant Citibank, N.A. as a party and to keep the case open as to the remaining Defendants.

       SO ORDERED.

Dated: April 21, 2020
       New York, New York
                                                          _____
                                                           JESSE M. FURMAN
                                                       United States District Judge