# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3693
nscott@jonesday.com

June 8, 2020

> Application DENIED in part. The parties must participate in a mediation session **by the date of the initial pretrial conference**, which remains scheduled for June 30th. By the Thursday before the conference, Plaintiff must submit a letter or letter-motion advising the Court whether it intends to move for default judgment against American Express Co. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.
>
> *[signature]*
> June 8, 2020

VIA ECF

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Moshe Masri v. Experian Information Solutions, Inc., et al.*, Case No. 1:20-cv-1761-JMF

<u>Joint Request For an Adjournment of the Court Ordered Mediation and Initial Conference</u>

Dear Judge Furman:

Counsel for Moshe Masri ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") jointly write to request an adjournment of the court ordered mediation in the above referenced matter. Alternatively, counsel for Plaintiff and Experian request that the court postpone the Initial Pretrial Conference, currently scheduled for June 30, 2020, to at least August 17, 2020, in order to adhere to the Court's order that mediation take place at least two weeks prior to the Initial Pretrial Conference. Citibank, N.A. has settled in this matter, and the remaining co-defendant, American Express Co., has not yet made an appearance.

Counsel have contacted the Mediation Office to schedule a mutually agreeable mediation date once co-defendant American Express Co. makes an appearance in the matter. The Mediation Office has not assigned a mediator to this case as of this date.

This request is the second adjournment request and does not affect any other scheduled dates in the matter, other than the dates described above. The next scheduled appearance before the Court is June 30, 2020. Plaintiff's counsel consents to this request.

Respectfully Submitted,

*/s/ Neil C. Scott*

Neil C. Scott

cc:   All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON